UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CARLA ROSARIO, individually and on behalf of other similarly situated individuals, | : : : | *ELECTRONICALLY FILED* |
| | : | Civ. A. No. 3:15-cv-00241-MPS |
| Plaintiff, | : : | |
| v. | : : | |
| COMPASS GROUP, USA, INC., | : : | |
| Defendant. | : | |

**MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S
MOTION TO FILE DOCUMENTS UNDER SEAL**

Defendant submits this Memorandum of Law in support of Plaintiff's Motion To File Documents Under Seal, pursuant to District of Connecticut Local Rule 5(e) and the Court's Instructions Regarding Confidentiality and Sealing Documents. Given the confidential and proprietary nature of the information redacted from Plaintiff's Exhibits E and F, Defendant respectfully requests that this Court permit Plaintiff to file unredacted versions of these documents under seal or to file them with the confidential and proprietary information redacted.

**I.   LEGAL STANDARD**

The Court has broad discretion to seal documents when "'considerations of personal privacy, public safety, or a business's propriety information . . . trump the right of the public to access court records.'" *Travelers Indem. Co. v. Excalibur Reins. Corp.*, No. 3:11-CV-1209 (CSH), 2013 WL 4012772, at *5-6 (Aug. 5, 2013) (quoting *Crossman v. Astrue*, 714 F. Supp. 2d 284, 287 (D. Conn. 2009)). Courts in this district regularly seal portions of documents containing a company's proprietary information, particularly where the disclosure of the information would place the company at a competitive disadvantage and cause it financial harm.

*See Travelers,* 2013 WL 4012772, at *5-6 (granting motion to seal documents that include "sensitive business information"); *Principal Nat. Life Ins. Co. v. Coassin*, No. 13CV1520 (JBA), 2015 WL 3466111, at *2-3 (D. Conn. June 1, 2015) (granting defendant's motion to file documents under seal that contained confidential "business information that might harm [the company's] competitive standing"). Sealing documents also is appropriate where they contain confidential information of third parties not involved in the lawsuit. *Light Sources Inc. v. Cosmedico Light, Inc*., 360 F. Supp. 2d 432 (D. Conn. 2005).

II.     ARGUMENT

Here, Plaintiff seeks to file under seal two very limited redacted portions of documents attached to her reply brief that contain confidential and proprietary information relating to Defendant's organizational structure and the compensation it pays its employees that is not currently available to the public. The limited information that has been redacted would be of great interest to Defendant's competitors, both in informing them about how Defendant structures its business, as well as in informing them of the salary ranges Defendant pays its Assistant Managers. For example, knowledge of Defendant's salary ranges could be used by a competitor to recruit Defendant's valuable employees or to undercut Defendant's pricing by hiring employees at lesser salaries in comparable positions. The redacted information therefore qualifies for protection because disclosure to the public would place Defendant at a competitive disadvantage and cause it financial harm. Moreover, public filing of these documents would indirectly reveal confidential salary information of persons who are not parties to this action by making public the salary ranges for their positions. For all of these reasons, Plaintiff should be permitted to file the very limited information that has been redacted from Plaintiff's Exhibits E and F under seal.

| | |
|---|---|
| Dated: August 27, 2015 | Respectfully submitted, |
| | MORGAN LEWIS & BOCKIUS, LLP |
| | */s/ Michael J. Puma* |
| | Michael J. Puma (CT:  25130) |
| | Lauren E. Marzullo *(admitted pro hac vice)* |
| | 1701 Market Street |
| | Philadelphia, PA  19103-2921 |
| | Telephone:  +1.215.963.5000 |
| | Facsimile:  +1.215.963.5001 |
| | mpuma@morganlewis.com |
| | lmarzullo@morganlewis.com |
| | |
| | Sam S. Shaulson (CT:  28369) |
| | 101 Park Avenue |
| | New York, NY  10178-0060 |
| | Telephone:  +1.212.309.6000 |
| | Facsimile:  +1.212.309.6001 |
| | sshaulson@morganlewis.com |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 27, 2015, I filed the foregoing Memorandum of Law In Support Of Plaintiff's Motion To File Documents Under Seal electronically with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Richard E. Hayber
Anthony J. Pantuso, III
Hayber Law Firm, LLC
221 Main Street, Suite 502
Hartford, CT  06106

Shannon Liss-Riordan
Lichten & Liss-Riordan, P.C.
729 Boylston Street, Suite 2000
Boston, MA  02116

*Attorneys for Plaintiff*

/s/  Michael J. Puma
Michael J. Puma (CT:  25130)