# Morgan Lewis

Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
Tel. +1.215.963.5000
Fax: +1.215.963.5001
www.morganlewis.com

**Michael J. Puma**
Partner
+1.215.963.5305
mpuma@morganlewis.com

September 28, 2016

*VIA ECF*

The Honorable Michael B. Shea, U.S.D.J.
ABRAHAM RIBICOFF FEDERAL BUILDING
United States Courthouse
450 Main Street - Room 258
Hartford, Connecticut 06103

Re:   <u>Rosario, et al. v. Compass Group, USA, Inc.</u>, Civil Action No. 3:15-cv-00241-MPS

Dear Judge Shea:

Defendant respectfully requests that the Court schedule a teleconference to address Plaintiffs' counsel's refusal to provide dates within the discovery period for the supplemental deposition of Opt-In Plaintiff Kathleen Rigert and their failure to respond to certain deficiencies in their discovery responses. Defendant previously outlined these disputes in correspondence dated September 12, 2016, to which Defendant received no response, other than an email indicating that the noticed date for Opt-In Plaintiff Rigert's deposition was not acceptable. Defendant thereafter requested alternative dates for this deposition, which Plaintiffs' counsel has failed to provide to date, despite multiple requests. Defendant also previously outlined the same deficiencies in Plaintiffs' written discovery responses in a series of July 2015 letters, to which Plaintiffs also failed to provide any meaningful response.

Today, Defendant requested Plaintiffs' availability for a joint call to raise these issues with Chambers pursuant to the Court's Instructions for Discovery Disputes. However, Plaintiffs' counsel responded that they are unavailable for such a call due to a trial. Given that discovery closes on October 14, 2016, resolution of these issues is urgent, and Defendant respectfully requests that the Court schedule a teleconference to address these issues at its earliest convenience.

Respectfully submitted,

Sincerely,

Michael J. Puma