UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CARLA ROSARIO, individually and on behalf of other similarly situated individuals, | : : : : | **ELECTRONICALLY FILED** |
| Plaintiff, | : : | **Civ. A. No. 3:15-cv-00241-MPS** |
| v. | : : | |
| COMPASS GROUP, USA, INC., | : : | |
| Defendant. | : | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), Plaintiffs Carla Rosario, Kathleen Rigert and Jennifer A. Horne and Defendant Compass Group, USA, Inc. hereby stipulate and agree that the above-captioned action, including all claims of the Plaintiff and opt-in Plaintiffs, be dismissed in its entirety, with prejudice and without costs or fees to any party.

LICHTEN & LISS-RIORDAN, P.C..

Dated: November 7, 2016

By: _/s/ *Shannon-Liss-Riordan*_____
Shannon Liss-Riordan, pro hac vice
729 Boylston Street, Suite 2000
Boston, MA 02116
sliss@llrlaw.com
*Counsel for Plaintiffs*

1

DB1/ 89516392.5

|  |  |
|---|---|
|  | HAYBER LAW FIRM, LLC |
| Dated:  November 7, 2016 | By:  */s/ Richard E. Hayber*_____ |
|  | Richard E. Hayber (CT: 11629) |
|  | 221 Main Street, Suite 502 |
|  | Hartford, CT 06106 |
|  | rhayber@hayberlawfirm.com |
|  | *Counsel for Plaintiffs* |

MORGAN, LEWIS & BOCKIUS LLP

Dated:  November 7, 2016         By:  */s/ Michael J. Puma*_____
Michael J. Puma (CT:  25130)
1701 Market Street
Philadelphia, PA  19103-2921
Telephone:  +1.215.963.5000
Facsimile:  +1.215.963.5001
mpuma@morganlewis.com

*Counsel for Defendant Compass Group, USA, Inc.*